**No. 66885.**—Norman G. Jensen, Inc. *v.* United States, protests 62/1316, etc. (Blaine).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of decharacterized horsemeat, fresh, chilled, or frozen, similar in all material respects to that the subject of Abstract 66357, the claim of the plaintiff was sustained.